## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 0:18-CV-60338-KMW

Plaintiff:
LORI BECKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

Defendant:
NEW YORK & COMPANY, INC.,

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 14th day of February, 2018 at 4:29 pm to be served on **NEW YORK & COMPANY, INC., 330 WEST 34TH STREET, NEW YORK, NY 10001**.

I, JAMES D. COZENS, do hereby affirm that on the **27th day of February, 2018** at **11:01 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **NICOLE REYES** as **CO-MANAGER/CASHIER** for **NEW YORK & COMPANY, INC.**, at the address of: **100 WEST 34TH STREET, NEW YORK, NY 10001**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/22/2018  2:41 pm  Attempted service at 330 WEST 34TH STREET, NEW YORK, NY 10001 - Server was not able to get past the security guards in the lobby. The defendant is located in the building but always refuses service according to the guards. Server had security call up and server spoke to the receptionist, "Deja" who stated they are only accepting service via mail. She stated this after confirming with their "legal team".

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: HISPANIC, Height: 5'1", Weight: 200, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

JAMES D. COZENS
Process Server # 0847484

L & L Process, LLC.
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804

Our Job Serial Number: LLP-2018000347

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p